**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDY DEOCHAND GOPAUL,<br>*Petitioner*,<br>v.<br>LUIS SOTO, *et al.*,<br>*Respondents*. | Civil Action No. 26-13205 (ZNQ)<br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Petitioner Andy Deochand Gopaul's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention. (ECF No. 1.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this 6th day of November 2026,

**ORDERED** that Petitioner's habeas petition (ECF No. 1) is **GRANTED**; it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner from immigration custody within twenty-four (24) hours of the entry of this Order, subject to such terms of supervision as 8 U.S.C. § 1231(a)(3) and its implementing regulations authorize; it is further

**ORDERED** that the restraint on Petitioner's transfer imposed by the Court's October 9, 2026 Order (ECF No. 4) shall remain in effect until Petitioner is released; it is further

**ORDERED** that Respondents shall file a notice on the docket certifying Petitioner's release within forty-eight (48) hours of the entry of this Order; it is further

**ORDERED** that Petitioner's motion for an order to show cause (ECF No. 2), to the extent it remains pending, and Respondents' request for leave to file a supplemental submission (ECF No. 6 at 2) are **DENIED** as moot; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**